JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| STALIN JOSE CHIQUTO SUBERO,<br><br>        Petitioner,<br><br>              v.<br><br>JOSHUA JOHNSON et al.,<br><br>        Respondents. | Case No. 5:26-cv-02163-DFM<br><br>JUDGMENT |

   IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting the Petition for Writ of Habeas Corpus filed on May 7, 2026.

Date: May 18, 2026

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge